IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-533-MOC-DCK

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MATTHEW RUMBAUGH, CHARLES MAGNEE, and U.S. AUTOFORCE, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Wesley B. Sawyer, concerning David Lucey on October 1, 2020. David Lucey seeks to appear as counsel *pro hac vice* for Defendants Matthew Rumbaugh, Charles Magnee and U.S. AutoForce, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. David Lucey is hereby admitted *pro hac vice* to represent Defendants Matthew Rumbaugh, Charles Magnee and U.S. AutoForce, LLC.

Signed: October 5, 2020

David C. Keesler
United States Magistrate Judge