UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-533-MOC-DSC

| | |
|---|---|
| **AMERICAN TIRE DISTRIBUTORS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>)<br>**MATTHEW RUMBAUGH, et al.,** )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court on the parties' Stipulation to Order on Expedited Discovery, (Doc. No. 23).

The parties' Stipulation is **APPROVED**, and the parties shall commence limited discovery in accordance with the Stipulation, the Protective Order attached as Exhibit 1 (Doc. No. 23-1), and the Forensic Protocol attached as Exhibit 2 (Doc. No. 23-2).

**IT IS SO ORDERED**.

Signed: November 2, 2020



Max O. Cogburn Jr
United States District Judge

-1-