IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-533-MOC-DCK

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MATTHEW RUMBAUGH, CHARLES MAGNEE, U.S. VENTURE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) filed by Mackenzie Lee Willow-Johnson, concerning April A. Otterberg on March 4, 2021. April A. Otterberg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) is **GRANTED**. April A. Otterberg is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: March 4, 2021

David C. Keesler
United States Magistrate Judge