IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-533-MOC-DCK

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., ) ) Plaintiff, ) ) v. ) ) MATTHEW RUMBAUGH, CHARLES ) MAGNEE, U.S. VENTURE, INC., ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 47) filed by Mackenzie Lee Willow-Johnson, concerning David R. Singer on March 4, 2021. David R. Singer seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 47) is **GRANTED**. David R. Singer is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: March 4, 2021

David C. Keesler
United States Magistrate Judge