# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-533-MOC-DCK

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MATTHEW RUMBAUGH, CHARLES ) | |
| MAGNEE, and U.S. VENTURE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Pending Completion Of Settlement" (Document No. 68) filed May 29, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the parties reports that they have "agreed in principle on a settlement that will result in a complete resolution of this litigation." (Document No. 68, p. 1).

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Pending Completion Of Settlement" (Document No. 68) is **GRANTED**. This matter is **STAYED** through **June 30, 2021**.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation of Dismissal on or before **July 2, 2021.**

**IT IS FURTHER ORDERED** that "Defendants' Motion For A Protective Order" (Document No. 57) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: June 1, 2021

*David C. Keesler*
United States Magistrate Judge